**Order entered March 12, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00017-CR

### RICARDO BELTRAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-56077-M**

## ORDER

We **REINSTATE** this appeal.

We **ADOPT** the trial court's finding that this case arose from a remand for new punishment hearing; therefore, the clerk's record does not contain a charge to the jury on guilt/innocence.

Before the Court is court reporter Belinda Baraka's February 11, 2019 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on or before March 29, 2019.

/s/     CORY L. CARLYLE
         JUSTICE